UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DERRICK ALLEN, SR. ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | 5:22-CV-207-FL |
| ALDI, INC., CARY POLICE ) | |
| DEPARTMENT, CITY OF CARY, ) | |
| HAROLD WINEBRECHT, Cary Mayor, ) | |
| SEAN R. STEGALL, Cary City Manager, ) | |
| VIRGINIA H. JOHNSON, Clerk of Town ) | |
| of Cary, and WAKE COUNTY SHERIFF ) | |
| DEPT. ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which no objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 21, 2023 and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on March 21, 2023, and Copies To:**
Derrick Allen, Sr. (via CM/ECF Notice of Electronic Filing)

March 21, 2023                              PETER A. MOORE, JR., CLERK

                                              /s/ Sandra K. Collins
                                            (By) Sandra K. Collins, Deputy Clerk